**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

UNITED STATES OF AMERICA

v.

Ray Marin-Hernandez

**CASE NO.** 3:21-304-04 (PAD)

USM #   62426-50

## JUDGMENT OF DISMISSAL

Defendant___Ray Marin-Hernandez___ has been charged with the offense(s) of:

21:841(a)(1),(b)(1)(A)(ii) and 846 Conspiracy to Possess with Intent to Distribute a Controlled Substance.

21:841(a)(1),(b)(1)(A)(ii) and 18:2 Attempted Possession with Intent to Distribute a Controlled Substance.

It is hereby ORDERED and ADJUDGED that the case against this defendant be DISMISSED for the reason set forth below:

[✓] The Court has granted the motion of the government for dismissal with prejudice,     , pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure,

[ ] The Court has dismissed the charges without prejudice,     for unnecessary delay, pursuant to Rule 48(b) of the Federal Rules of Criminal Procedure.

[ ] The Court has dismissed the charges **without prejudice**, as defendant remains fugitive.

[ ] The Court has dismissed the charges due to defendant's death.

IT IS SO ORDERED.

In San Juan, Puerto Rico, on this 10th day of October, 2024

S/ Pedro A. Delgado-Hernandez

United States District Judge

DPR Forms. Rev. Feb. 2016